## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Hector Maldonado-Maldonado(1) and Miguel Santana Aviles (2)**, Defendant. | CRIMINAL NO. 21-030 (ADC) |

## JOINT INFORMATIVE MOTION REQUESTING NEW SENTENCING DATE

**COMES NOW** the United States of America, through its attorneys and Counsel for each defendant very respectfully states and prays as follows:

1. The sentencing for defendant Hector Maldonado-Maldonado (1) is currently set for Thursday, June 27, 2022 and the sentencing for defendant Miguel Santana-Aviles (2) is currently set for June 28, 2022, both before your Honor.

2. The assigned AUSA on these matters is scheduled to be out of the jurisdiction on various dates in June, including the above referenced dates. The United States has individually conferred with Joseph Niskar, Esq. counsel for defendant Maldonado-Maldonado and Jason Gonzalez-Delgado, Esq, counsel for Santana-Aviles regarding this request. Both Counsel have consented to the adjournment of the sentencing date on behalf of their respective defendant. The parties have conferred further regarding proposed new dates and respectfully submit the week of July 18-22, 2022 for sentencing of the defendants.

3. **WHEREFORE**, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 2nd day of June 2, 2022.

2

2

W. STEPHEN MULDROW
United States Attorney

*s/ Luis A. Valentin*
**Luis A. Valentin**
Assistant United States Attorney
USDC No. G03115
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-282-1812
Email: luis.valentin@usdoj.gov

*s/ Joseph A. Niskar*
Joseph A. Niskar
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4922
Email: joseph_niskar@fd.org

*s/ Jason Gonzalez-Delgado*
Jason Gonzalez-Delgado
PO Box 191365
San Juan, PR 00919-1365
787-536-5306
Email: jasonfed@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

*s/ Luis A. Valentin*
**Luis A. Valentin**
Assistant United States Attorney

2